**Affirmed and Memorandum Opinion filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00151-CR

_____

### STEPHEN McCARTY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1250456**

---

## MEMORANDUM OPINION

Appellant was convicted of aggravated sexual assault of a child. On February 18, 2011, the trial court sentenced appellant to confinement for fifty-four years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of

the record and demonstrating why there are no arguable grounds to be advanced.  *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant.   Appellant was advised of the right to examine the appellate record and file a pro se response.  *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991).   As of this date, more than forty-five days has passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit.   Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review.   *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Frost, Seymore, and Boyce.
Do Not Publish — Tex. R. App. P. 47.2(b).